

AO 442 (Rev. 6/97) Warrant for Arrest

## United States District Court
Northern District of Illinois
Eastern Division

United States of America  **WARRANT FOR ARREST**

v.

USA v. Latoya Cooper (2)   Case Number: 08 CR 197-2

To:   The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Latoya Cooper** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(Indictment)   Information   Complaint   Order of court   Violation Notice   Probation Violation Petition

charging him or her with:   **Conspiracy to distribute controlled substance and aid and abet**
**Controlled substance-possession and aid and abet**

in violation of Title 21 United States Code, Section(s) 846, 841 and 18:2

Laura Springer Issuing Officer

*Laura Springer* (signature)
Signature of Issuing Officer

October 10, 2008   Chicago, Illinois

Bail fixed at $ _____

_____
Judicial Officer

F I L E D
Oct 17, 2008
OCT 17 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 10/10/08   ARRESTED BY DEA |
| Date Received   Name and Title of Arresting Officer   Signature of Arrest Officer |
| 10/15/08 |
| Date of Arrest |