AO 245B    (Rev. 09/08) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: Latoya Cooper | Judgment — Page 2 of 5 |
| CASE NUMBER: 08 CR 197-2 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

EIGHTY-FOUR (84) MONTHS on Count One of the Superseding Indictment.

X   The court makes the following recommendations to the Bureau of Prisons:
At an institution where the defendant can participate in a residential drug treatment program.

☐   The defendant is remanded to the custody of the United States Marshal.

X   The defendant shall surrender to the United States Marshal LOCATED IN CHAMPAIGN, ILLINOIS:

    X at    2:00    ☐ a.m.   X p.m.   on    9/21/2010.

    ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on                 .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

**FILED**
12-6-10
DEC - 6 2010

## RETURN

I have executed this judgment as follows:

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Defendant delivered on   11-3-10   to   FPC Greenville

a   Greenville, IL, with a certified copy of this judgment.

James N. Cross, Warden
~~UNITED STATES MARSHAL~~

By   C. Rodgers, CSO
~~DEPUTY UNITED STATES MARSHAL~~